# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 17, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: BH  DEPUTY

Denise Marsicano,

                Plaintiff,

v.

Bank of America N.A. et al.,

                Defendants.

LACV 16-6189-VAP (GJSx)

# JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order Granting Defendant's Motion to Dismiss First Amended Complaint filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 3/17/17

Virginia A. Phillips
Chief United States District Judge